In the Matter of the Examination of DAVID KOPELOWITZ and FANNIE KOPE-LOWITZ, Pursuant to Sections 295 and 296 of the Civil Practice Act and Rules 122 and 123 of the Rules of Civil Practice. NESEL COAL & ICE CO., INC., Respondent; DAVID KOPELOWITZ, Appellant.— Order adjudging defendant David Kopelowitz in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of JULIUS STEINBERG, Appellant, against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order dismissing certiorari order and confirming determination of the Board of Standards and Appeals unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

HENRY CLARENCE KORFMANN, an Infant, by EVA CHAROUS, His Guardian ad Litem, Respondent, and EVA CHAROUS, Plaintiff, v. HOWARD THURSTON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ISAAC LEVIN, Appellant, v. SOL LEVIN FIXTURES CORPORATION and SOL LEVIN, Individually, and as a Member of the Copartnership Known as SOL LEVIN & CO., and as a Director of and as President of SOL LEVIN FIXTURES CORPORATION, and Others, Respondents.— Order denying motion to set aside report of official referee affirmed, with ten dollars costs and disbursements. The question involved on this appeal may be presented on the appeal from the judgment. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOSEPH LINDNER, Suing on Behalf of Himself and All Other Stockholders of the HILO VARNISH CORPORATION Similarly Situated, Appellant, v. HILO VARNISH CORPORATION and Others, Respondents.— Order denying motion to strike out affirmative defenses and counterclaims; order granting motion to add Herman Uehlinger as a party defendant; and order denying said Uehlinger's motion to set aside service of notice and answer affirmed, with ten dollars costs and disbursements. Said Uehlinger may serve his answer to defendants' pleading within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

CARL MACK, Respondent, v. MACK LOCK COMPANY and Others, Appellants.— Order modified by providing that the receiver appointed shall have the usual powers of a receiver in a derivative action brought by a minority stockholder against directors controlling a majority of the stock, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur. Settle order on notice.

LIZZIE D. MEAD, Respondent, v. ROSE SALVATI and Others, Defendants, Impleaded with DANIEL G. COMINGS, Appellant; ISRAEL J. LEVINSON, Respondent.— Order setting aside foreclosure sale upon condition and granting a resale affirmed, with ten dollars costs and disbursements to respondent Levinson. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.